No. 497. RUFFALO v. MAHONING COUNTY BAR ASSO-CIATION. Supreme Court of Ohio. Certiorari denied. *Charles Alan Wright* for petitioner. *David C. Haynes* for respondent.

No. 498. WHITSON v. MINO ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 499. BALKCOM, WARDEN v. WHITUS ET AL. C. A. 5th Cir. Certiorari denied. *Eugene Cook,* Attorney General of Georgia, and *Peyton S. Hawes, Jr.,* and *Albert Sidney Johnson,* Assistant Attorneys General, for petitioner.

No. 500. ADAY ET AL. v. CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied. *Stanley Fleishman* and *Sam Rosenwein* for petitioners.

No. 502. UNION LEADER CORP. v. HAVERHILL GAZETTE Co. C. A. 1st Cir. Certiorari denied. *James M. Malloy* and *Ralph Warren Sullivan* for petitioner. *Robert H. Goldman* and *Frank Goldman* for respondent.

No. 504. KINGSPORT PRESS, INC. v. MCCULLOCH ET AL. C. A. D. C. Cir. Certiorari denied. *Gerard D. Reilly, Winthrop A. Johns* and *John A. Clark* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board.